435 A.2d 924

Commonwealth v. O'Keefe, Appellant.

Petition for Allowance of Appeal Denied Jan. 8, 1982.

Argued March 18, 1980. Francis M. Walsh, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the comprehensive opinion of Judge Lowe.